Gwenda R. Robinson, Assistant Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Assistant Attorney General, Jefferson City, for Respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, Timothy Atkins, appeals from the judgment entered on a jury verdict finding him guilty of assault second degree, in violation of Section 565.060 RSMo 1994, and armed criminal action, in violation of Section 566.030 RSMo 1994, on which he was sentenced to five years and life imprisonment, respectively. Defendant also appeals from a judgment denying on the merits, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

As to the direct appeal, no jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We affirm the judgment pursuant to Rule 30.25(b).

As to post-conviction appeal, the judgment of the motion court is based on findings of fact and conclusions of law that are not clearly erroneous. A written opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

**Bruce ROATH, Appellant,**

v.

**Michael HUNT and Lee Nation, Respondents.**

### No. WD 53977.

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 1997.

Bruce Roath, Farmington, for Appellant.

Lee M. Nation, Kansas City, for Respondents.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Bruce Roath appeals the circuit court's judgment dismissing his petition in which he accused Michael Hunt and Lee Nation of malice, perjury, obstruction of justice and denial of due process. We affirm. Rule 84.16(b).

**Margaret MULLIGAN, Respondent,**

v.

**Jacqueline THOMAS and Robert Thomas, Appellants.**

### No. WD 52233.

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 1997.